IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KILEY CONCANNON and BRIAN FENSTERMAKER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH EASTON SAVINGS BANK,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No.: 25-11515<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Defendant North Easton Savings Bank files this Notice of Removal of the civil action brought against it by Plaintiffs Kiley Concannon and Brian Fenstermaker ("Plaintiffs") on behalf of themselves and a purported class. Removal is based on 28 U.S.C. § 1331 (federal question jurisdiction) and is authorized by 28 U.S.C. §§ 1441 and 1446.

### I.   INTRODUCTION

1. This action concerns claims by the Plaintiffs that Defendant violated federal law, including the Electronic Funds Transfer Act, 15 U.S.C. § 1693 *et seq.* and Regulation E, 12 C.F.R. § 1005 *et seq*.

2. On April 29, 2025, Plaintiffs filed their First Amended Class Action Complaint in the Superior Court at Bristol, under Docket No. 2473cv00895B. The First Amended Class Action Complaint contained, for the first time, a count for violation of Regulation E.

3. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, orders, and other papers filed in the Superior Court and obtained by Defendants are attached hereto, marked as composite **Exhibit A** and incorporated herein by reference.

## II.     TIMELINESS OF NOTICE OF REMOVAL

4.     Plaintiff's First Amended Class Action Complaint was filed on April 29, 2025. Therefore, Defendants' Notice of Removal is timely filed within thirty days of their receiving notice of the suit.  28 U.S.C. §1446(b).

## III.     BASIS FOR REMOVAL: FEDERAL QUESTION

5.     This action may be removed to this Court because it arises under 28 U.S.C. §1331 (Federal Question Jurisdiction).

6.     Because Plaintiff alleges a claim under the Electronic Funds Transfers Act, 15 U.S.C. § 1693 *et seq.*, and Regulation E promulgated thereunder, 12 C.F.R. § 1005 *et seq.*, removal is appropriate under 28 U.S.C. §§ 1331 and 1441.

7.     This Court has supplemental jurisdiction over the remaining claims pursuant to 28 U.S.C. § 1367.

## IV.     VENUE

8.     This action is properly removed to this Court, as Massachusetts constitutes one judicial district.  28 U.S.C. §101.

## V.     ADDITIONAL REQUIREMENTS

9.     In accordance with 28 U.S.C. § 1441(d), Defendant will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court.

WHEREFORE, having satisfied the requirements for removal under 28 U.S.C. §§ 1331, 1441 and 1446, Defendant hereby gives notice that this action has been removed to this Court.

Dated: May 28, 2025                NORTH EASTON SAVINGS BANK,

By its attorneys,

/s/ Ryan M. Cunningham
Stephen C. Reilly, BBO #555371
Ryan M. Cunningham, BBO #661440
FITCH LAW PARTNERS LLP
84 State Street, 11th Floor
Boston, MA  02109
Tel - (617) 542-5542
Fax – (617)542-1542
scr@fitchlp.com
rmc@fitchlp.com

**CERTIFICATE OF SERVICE**

I, Ryan M. Cunningham, hereby certify that a true copy of the above document was served upon the below counsel of record by first-class mail, postage prepaid, on May 28, 2025.

Michael S. Appel, BBO #543898
KETTERER, BROWNE & ASSOCIATES, LLC
336 South Main Street
Bel Air, Maryland 21014
Telephone: (617) 227-3030
michael@KBAattorneys.com

David M. Berger (*pro hac vice* forthcoming)
GIBBS LAW GROUP LLP
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Fax: (510) 350-9701
dmb@classlawgroup.com

Shawn K. Judge (*pro hac vice* forthcoming)
Mark H. Troutman (pro hac vice forthcoming)
GIBBS LAW GROUP LLP
1554 Polaris Parkway, Suite 325
Columbus, Ohio 43240
Telephone: (510) 350-9700
Fax: (510) 350-9701
skj@classlawgroup.com
mht@classlawgroup.com

Lynn A. Toops (*pro hac vice* forthcoming)
COHEN & MALAD, LLP
One Indian Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
ltoops@cohenandmalad.com

/s/ Ryan M. Cunningham
Ryan M. Cunningham